IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOWELL FINLEY,<br><br>              Plaintiff,<br><br>     v.<br><br>M. PINA, et al.,<br><br>              Defendants. | NO. 1:10-cv-00786-LJO-MJS-PC<br><br>ORDER DISMISSING ACTION ON PLAINTIFF'S MOTION<br><br>(Doc. 7) |

Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion to dismiss this action.

This action was initiated by civil complaint filed by Plaintiff on May 3, 2010. On May 14, 2010, Plaintiff filed a Notice of Voluntary Dismissal. Plaintiff indicates that this action is duplicative of Jowell Finley v. A. D. Olive, et al., 1:10-cv-00778-SKO-PC, filed on the same date. A review of that case reveals that this action is duplicative of case number 1:10-cv-00778-SKO-PC. On May 27, 2010, Plaintiff filed a motion titled as a "Motion to Withdraw Action."

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff may dismiss his action, without prejudice, so long as a responsive pleading has not been filed. There has been no service of process, and no defendant has entered an appearance.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed, without prejudice, on Plaintiff's motion. The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:**    **June 2, 2010**                        /s/ Lawrence J. O'Neill
                                                                            UNITED STATES DISTRICT JUDGE